# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WARLETHA PRICE | C.A. NO.: 09-366 |
| VERSUS | JUDGE: PARKER |
| EXXON MOBIL, INC | MAG. JUDGE: RIEDLINGER |

### STATION OPERATORS, INC.'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

Pursuant to Local Rule 56.1 of the Uniform District Court Rules, Station Operators, Inc. ("SOI")(improperly named and/or referred to by the plaintiff as either "Exxon Mobil, Inc" or "Exxon-Mobil, Inc." or "Exxon Mobile") files this statement of material facts as to which there is no genuine issue to be tried:

1. Warletha Price filed a charge of discrimination against "EXXON MOBIL" on or about October 19, 2007.[1]

2. Under the charge section labeled "DISCRIMINATION BASED ON (Check appropriate box(es).)," the "AGE" box is the only box checked.[2]

3. Under the charge section labeled "DISCRIMINATION BASED ON (Check appropriate box(es).)," the "RACE," "COLOR," "SEX," "RELIGION," "NATIONAL ORIGIN," "RETALIATION," "DISABILITY," or "OTHER (Specify below.)" boxes are not checked.[3]

4. Under the charge section labeled "THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))," the following was provided: "I began my employment with the Respondent on November 30, 1981 as a Cashier and have been promoted to a Retail Manager. The Respondent employs over 500 employees. On May 22, 2007, I was terminated. Due to previous performance action plans, I have been denied

---

[1] Declaration of Wanda Bailey ("Bailey Dec."), ¶ 4, Ex. "B." Pursuant to 28 U.S.C. §1746, SOI submits Bailey's declaration, which has like force and effect as an affidavit.

[2] *Id.*

[3] *Id.*

pay raises and given bad evaluations. According to Sajan Desai, Territory Manager, (unknown race) male age 23, I was terminated due to poor job performance. I believe I have been discriminated based on age, 52 because other younger retail managers had poor job performance but not terminated, in violation of LSA R.S. 23:301 et seq and The Age Discrimination in Employment Act of 1967 (ADEA), as amended respectively."[4]

5. A Dismissal and Notice of Rights was issued by the Louisiana Commission on Human Rights (LCHR) and mailed to Ms. Price on or about February 2, 2009.[5]

6. A Notice of Right to Sue was issued on request by the United States Equal Employment Opportunity Commission ("EEOC"), related to charge number 27A-2008-00011, and mailed to Ms. Price on or about March 17, 2009.[6]

7. On or about June 15, 2009, Price filed the instant lawsuit.[7]

8. Ms. Price has no allegation or evidence that she provided SOI with written notice detailing the alleged discrimination at least thirty days before filing suit.

9. Ms. Price has no allegation or evidence that SOI is a state actor.

---

[4] *Id.*

[5] Bailey Dec., ¶ 7, Ex. "E."

[6] Bailey Dec., ¶ 8, Ex. "F."

[7] Complaint (Rec. Doc. 1).

10. Ms. Price has no allegation or evidence that she had a property interest in her former position with SOI.

      */s/ Scott D. Huffstetler*
Melanie M. Hartmann (Bar No. 14358), T.A.
Melanie.Hartmann@keanmiller.com
Scott D. Huffstetler (Bar No. 28615)
Scott.Huffstetler@keanmiller.com
Erin L. Kilgore (Bar No. 31244)
Erin.Kilgore@keanmiller.com
KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Baton Rouge, Louisiana 70825
Telephone: 225.387.0999

*Attorneys for Station Operators, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing statement of material facts as to which there is no genuine issue to be tried was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service, postage pre-paid, this filing to the following non-CM/ECF participant:

Warletha Price, *Pro-Se*
3021 North Boulevard, Apartment 1
Baton Rouge, Louisiana 70806

Baton Rouge, Louisiana, this 13th day of November, 2009

                                         */s/Scott D. Huffstetler*
                                            Scott D. Huffstetler